| | |
|---|---|
| 1 | CARROLL, KELLY, TROTTER & FRANZEN |
| 2 | MICHAEL J. TROTTER (SBN 139034)<br>STEVEN WYSOCKY (SBN 271257) |
| 3 | 111 W. Ocean Blvd., 14th Fl.<br>P.O. Box 22636 |
| 4 | Long Beach, CA  90801-5636<br>Phone: (562) 432-5855 |
| 5 | mjtrotter@cktfmlaw.com |
| 6 | Attorneys for Plaintiff DONALD HALL, individually and on behalf of the general public and all others similarly situated |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HALL, individually and on behalf of the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIAT CHRYSLER AMERICA US LLC aka FCA US LLC, formerly known as CHRYSLER GROUP LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00762-CJC-DFM<br><br>[Hon. Magistrate Douglas F. McCormick]<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO PRODUCTION OF DOCUMENTS BY FCA US LLC**<br><br>[Filed Concurrently Herewith: Joint Stipulation re Plaintiff's Motion to Compel; Declaration of Steven J. Wysocky; Proposed Order]<br><br>**DATE:** May 9, 2023<br>**TIME:** 10:00 a.m.<br>**COURTROOM:** 6B<br><br>Discovery Cutoff:       November 23, 2024<br>Pretrial Conference:    March 25, 2024<br>Trial Date:             April 2, 2024 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND THIS HONORABLE COURT:**

PLEASE TAKE NOTICE THAT, on May 9, 2023 in Courtroom 6B of the United States District Court, Ronald Reagan Courthouse, located at 411 W. Fourth St., Santa Ana, CA 92701, Plaintiff DONALD HALL, individually and on behalf of the general public and all others similarly situated, will move this Court for an order compelling Defendant FCA US LLC's to provide further responses to Plaintiff's Requests Nos. 1-73. Plaintiff makes this motion in reliance on this Notice of Motion and Motion, the moving portion of the parties' Joint Stipulation re Plaintiff's Motion to Compel, the Declaration of Steven J. Wysocky, and any other papers this Court deems appropriate to consider.

Counsel for Plaintiffs met and conferred with defense counsel on February 3, 2023.

Respectfully Submitted,

Dated: April 14, 2023            CARROLL, KELLY, TROTTER & FRANZEN

                                 By:   /s/ Steven J. Wysocky
                                       MICHAEL J. TROTTER
                                       STEVEN J. WYSOCKY
                                       Attorneys for Plaintiff Donald Hall

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

/s/ Katherine Maguire

_____

KATHERINE MAGUIRE