UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-00762-SSS-DFMx | Date | March 21, 2025 |
| Title | *Donald Hall et al v. Fiat Chrysler America US LLC* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | RS-CS-2 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>Steven Joseph Wysocky | Attorney(s) Present for Defendant(s):<br>Stephen A. D'Aunoy |

**Proceedings:** **MOTION FOR ATTORNEY FEES [DKT. 112]; MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [DKT. 114]**

Counsel state their appearances. The Court confers with counsel. For the reasons stated on the record, the Court **ORDERS** as follows:

1. The motion for attorney fees (Dkt. 112) is **TAKEN UNDER SUBMISSION**; and

2. The motion for final approval (Dkt. 114) is **GRANTED**.

**IT IS SO ORDERED.**

Time: 00:04
Initials of Preparer: iv