# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HALL, individually and on behalf of the general public and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIAT CHRYSLER AMERICA US LLC aka FCA US LLC, formerly known as CHRYSLER GROUP LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-00762-SSS-DFMx<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND SERVICE FEES [DKT.112]** |

The Court having read and considered the Motion for Attorneys' Fees and Service Fees [Dkt. 112] and its supporting documents, as well as the response filed by the Defendant [Dkt. 113] and considering oral argument made at the hearing on March 21, 2025, hereby rules as follows:

1.  Plaintiff's motion is **GRANTED** for the reasons specified in the Motion. The Court utilized the lodestar method and finds the number of hours spent and requested fees as reasonable. In addition, the Court adopts Plaintiff's recommendation for a multiplier of 1.2.

Plaintiff's counsel is thereby awarded attorneys' fees in the amount of $361,800.00, and costs in the amount of $6,381.76.

Class representative Donald Hall is hereby awarded $5,000.00 as a service payment/enhancement payment.

IT IS SO ORDERED.

Dated: April 1, 2025

_____
SUNSHINE S. SYKES
United States District Judge